# IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA                                       PLAINTIFF

vs.                            4:06CR00291-002 SWW

KEVIN LAMAR BLACKMON                               DEFENDANT

### **ORDER**

The above entitled cause came on for hearing February 28, 2014 on the government's motion to revoke defendant's conditions of supervised release previously granted in the United States District Court for the Eastern District of Arkansas. The parties agreed that the revocation hearing should be continued in order to subpoena witnesses.

IT IS THEREFORE ORDERED that the hearing on the issue of revocation of supervised release in this matter hereby is continued until ***MONDAY, APRIL 14, 2014 AT 9:30 A.M.***, in Courtroom #389.

If the defendant violates the conditions of supervised release prior to the date of this scheduled hearing, a revocation hearing may be scheduled immediately.

IT IS SO ORDERED this 7th day of March 2014.

                                                                 /s/Susan Webber Wright
                                                                 UNITED STATES DISTRICT JUDGE