IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                PLAINTIFF

vs.                              NO. 4:06CR00291-002  SWW

KEVIN LAMAR BLACKMON                                                DEFENDANT

**ORDER**

The above entitled cause came on for hearing on government's petition to revoke the supervised release [doc #119] previously granted this defendant in the United States District Court for the Eastern District of Arkansas. Based upon the admissions of defendant, the Court found that defendant has violated the conditions of his supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the government's petition to revoke the supervised release previously granted this defendant, be, **granted** and it is hereby, **revoked**.

IT IS FURTHER ORDERED that defendant shall serve a term of imprisonment of **TEN (10) MONTHS** imprisonment in the custody of the Bureau of Prisons. The Court recommends that defendant participate in a substance abuse treatment program and educational/vocational programs during incarceration.

There will be **TWO (2) YEARS** of supervised release following the term of incarceration Defendant shall follow the previously ordered conditions of supervised release as listed below in addition to all mandatory conditions of supervised release.

1. Defendant shall contact the U. S. Probation office in the district to which defendant was released within 72 hours of release from the custody of the Bureau of Prisons and comply with all mandatory and standard conditions that apply.

2. Defendant shall participate, under the guidance and supervision of the U. S. Probation Officer, in a substance abuse treatment program which may include testing, out-patient counseling, and/or residential treatment. Further, defendant shall abstain from the use of alcohol throughout the course of any treatment.

3. Defendant shall participate in mental health counseling under the guidance and supervision of the U.S. Probation Office.

The defendant is directed to report to the U. S. Marshal Service by noon on June 23, 2014 to begin the service of the sentence imposed.

IT IS SO ORDERED this 17th day of April 2014.

/s/Susan Webber Wright

United States District Judge