**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                              PLAINTIFF

vs.                                  NO. 4:06CR00291-002 SWW

KEVIN LAMAR BLACKMON                                                  DEFENDANT

**ORDER**

The above entitled cause came on for hearing February 28, 2017 on government's superseding petition to revoke the supervised release previously granted this defendant in the United States District Court for the Eastern District of Arkansas. Based upon the admissions of the defendant and statements on the record, the Court found that defendant has violated the conditions of his supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the government's superseding motion to revoke [doc #160] is *granted* and the supervised release previously granted this defendant is hereby *revoked*.

IT IS FURTHER ORDERED that defendant shall serve a term of imprisonment of *SIXTEEN (16) MONTHS* in the custody of the Bureau of Prisons. The Court recommends that defendant's medical condition be evaluated and, if appropriate, consider a medical facility as close to Monroe, Louisiana as possible to be close to family; and that defendant receive credit for time in federal custody on this arrest for revocation.

There will be *NO* term of supervised release following the term of incarceration.

The defendant is remanded to custody.

DATED this 8th day of March 2017.

/s/Susan Webber Wright
United States District Judge